# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL DOCKET NO. 3:02CR255-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SPIROS BALAOURAS ) | |

**THIS MATTER** is before the Court on Defendant's motion for termination of supervised release.

The Court has been advised by the Defendant's supervising probation officer that Defendant has complied with all conditions of his release to date and the probation officer has no objections to the motion. According to the Defendant's motion, the United States Attorney takes no position regarding the request.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for termination of supervised release is **ALLOWED**, and the Defendant's term of supervised release is hereby **TERMINATED.**

**Signed: May 23, 2005**

Lacy H. Thornburg
United States District Judge